DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. Mag. 2009-59 |
| YUH JU CHU a/k/a IVAN CHU, ) and ) | Crim. No. 2010-3 |
| HSIEN KONG YEH a/k/a GLORIA CHU, ) | |
| Defendants, ) | |

### ORDER OF ADMISSION *PRO HAC VICE*

Upon the motion of Judith L Bourne, Esq., attorney for Defendant Yuh Ju Chu a/k/a Ivan Chu, it appearing that Scott Holper, Esq. of the Nevada Bar has satisfied all of the requirements therefore,

IT IS HEREBY ORDERED that Scott Holper, Esq. is admitted to practice *pro hac vice* as counsel for Defendant Yuh Ju Chu a/k/a Ivan Chu in the above captioned case in the District Court of the Virgin Islands.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.vid.uscourts.gov.

Dated: February 8, 2010

GEOFFREY W. BARNARD
United States Magistrate Judge

ATTEST:
WILFREDO MORALES
Clerk of the Court

By: _____
Deputy Clerk